# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-01564-NYW-TPO

NICOLE CHERNYAKHOVSKY

Plaintiff,

v.

HTH MGMT, LLC, a Delaware Limited Liability Company, BKB QUEENSBRIDGE, LLC, a New York Limited Liability Company; LANCE PINN, individually, and BRANDON GONSALVES, individually.

Defendants.

## STIPULATION TO DISMISS

The Parties, through their respective undersigned counsel, hereby stipulate to the dismissal of this action, including all claims that were brought or could have been brought, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 10th day of July 2025.

| **HKM EMPLOYMENT ATTORNEYS, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Elizabeth A. Marasco* | /s/ Rose Zetzman |
| Jacqueline Raquel Guesno | Anna M. Reinert |
| Elizabeth A. Marasco | Rose Zetzman |
| 518 17th Street, Suite 1100 | 555 Seventeenth Street, Suite 3400 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: (720) 439-6701 | Telephone: (303) 534-5160 |
| jguesno@hkm.com | areinert@grsm.com |
| emarasco@hkm.com | rzetzman@grsm.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system and service via mail this 10th day of July 2025 as follows:

Jacqueline Raquel Guesno
Elizabeth A. Marasco
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
720-439-6701
Fax: 720-668-8989
Email: jguesno@hkm.com
emarasco@hkm.com

*Attorneys for Plaintiff*

*/s/ Monica L. Vela*
Monica Vela for GORDON & REES LLP